# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RYAN GALLAGHER, Dall. Cnty. Jail<br>Booking No. 23009432 | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1062-S-BN |
| UNIDENTIFIED DEFENDANTS | §<br>§<br>§ | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 18, 2023.

**UNITED STATES DISTRICT JUDGE**